911 A.2d 65

JOHN DAIDONE AND LAURA DAIDONE, HIS WIFE, PLAIN-
TIFFS–PETITIONERS, v. BUTERICK BULKHEADING
INC., ET AL., DEFENDANTS–RESPONDENTS.

November 15, 2006.

Granted.

911 A.2d 65

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JERRERD MILLARD, DEFENDANT–PETITIONER.

November 15, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).